UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                                                          Case No. 17-32133-WRS
                                                                                               Chapter 13

Demetrius Thamar Powe,

    Debtor.

## ORDER TERMINATING STAY AND CODEBTOR STAY

Creditor, Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), filed a motion (Doc. # 42) for relief from the automatic stays imposed by 11 U.S.C. §§ 362(a) and 1301(a) to enforce its contractual rights on the property described in the motion and to proceed against codebtor, Latasha L. Powe. The motion came on for hearing on March 19, 2018. Based on filings and arguments of counsel, and in accordance with the ruling from the bench in open court, it is

ORDERED that the motion is GRANTED and the stays imposed by 11 U.S.C. §§ 362(a) and 1301(a) are TERMINATED to allow the creditor to enforce its contractual rights on the property as described in the motion. It is

FURTHER ORDERED that any allowed claim of this creditor is REDUCED to the amount paid on the claim by the chapter 13 trustee.

Done this the 23rd day of March, 2018.

/s/ D. Sims Crawford

D. Sims Crawford
United States Bankruptcy Judge

c:    Debtor
      Michael Brock, Attorney for Debtor
      Stephen Bulgarella, Attorney for Creditor
      Codebtor, Latasha L. Powe
      Creditor, Seterus, Inc.
      Sabrina L. McKinney, Trustee